DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIA AMPARO LOPEZ,**
Appellant,

v.

**2801 CLUB, INCORPORATED** and
**MICHAEL MURPHY,**
Appellees.

No. 4D22-388

[February 9, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. CACE 19-4873(18).

Douglas H. Stein of Douglas H. Stein, P.A., Coral Gables, for appellant.

Scott A. Cole of Cole, Scott & Kissane, P.A., Miami, for appellee 2801 Club, Incorporated.

William M. Martin and Dan D. Hallenberg of Peterson Bernard, Fort Lauderdale, for appellee Michael Murphy.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***